AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

FILED
OCT 26 2009
CLE[RK]
NORTHE[RN]...

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 09-mj-70894 PVT |
| Rajiv Goel | ) | Charging District: Southern Dist. of New York |
| *Defendant* | ) | Charging District's Case No. |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Southern District of New York | Courtroom No.: Duty Magistrate |
|---|---|
| | Date and Time: 10/29/09 @ 9:30 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10/26/09

_Patricia V. Trumbull_
Judge's signature

PATRICIA V. TRUMBULL
Printed name and title

MAGISTRATE Judge